UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

James E. Henders
          Plaintiff,

v.                 Case No.: 1:12–cv–01147
                Honorable Joan B. Gottschall

Gregg Appliances, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 5, 2012:

  MINUTE entry before Honorable Mary M. Rowland:Settlement conference held on 11/5/2012. Parties have reached an agreement. Parties will file a stipulation to dismiss by 11/30/2012.Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.