IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. HENDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 C 1147 |
| | ) | |
| GREGG APPLIANCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AUTHORIZING PAYMENT OF FEES TO PLAINTIFF'S COUNSEL
PURSUANT TO 28 U.S.C. § 1875(d)(1)

JAMES F. HOLDERMAN, Chief Judge:

The Clerk is authorized to reimburse attorney Richard J. Gonzalez of the Law Offices of Chicago-Kent College of Law from CJA funds the total amount of $2,872.50 under 18 U.S.C. § 3006A, pursuant to 28 U.S.C. § 1875(d)(1). That amount covers 22.98 hours of legal work at the CJA rate of $125.00 per hour.

The court extends its thanks to Mr. Gonzalez for his willingness to take on this appointed representation and for his diligence in representing his client, Mr. James E. Henders.

_____
JAMES F. HOLDERMAN
Chief Judge, United States District Court

Date: December 5, 2012